IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL HALL, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1374 |
| | : | |
| SEPTA, *et al.*, | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 17th day of May, 2024, upon consideration of Plaintiff Paul Hall's *pro se* Amended Complaint (ECF No. 7) it is **ORDERED** as follows:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**